## Britta Beckman

**From:** sop@cscinfo.com
**Sent:** Thursday, December 24, 2015 9:10 AM
**To:** Britta Beckman
**Subject:** Notice of Service of Process - Transmittal Number: 14611106

# Corporation Service Company ®

**NOTICE OF SERVICE OF PROCESS**

## Transmittal Number: 14611106
(Click the Transmittal Number to view your SOP)

*For more information on instant access to your SOP, click Sign Me Up.*

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Menard, Inc. |
| **Entity I.D. Number:** | 0033810 |
| **Entity Served:** | Menard, Inc. |
| **Title of Action:** | Neal Scott, Jr. vs. Menard, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, Illinois |
| **Case/Reference No:** | 2015-L-009200 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/23/2015 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Carlton Odim
312-578-9390

**Primary Contact:**
James Anderson
Menard, Inc.

**Copy of transmittal only provided to:**
Rebecca Miller
Britta Beckman
Jackie Wolowicz

1

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information related to CSC's Litigation and Matter Management services, including MYSOP, online acknowledgement of SOP and to view a complete library of all SOP received on your behalf by CSC.

**CSC is SSAE 16 certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882  |  sop@cscinfo.com

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| ☐ SUMMONS | ☑ ALIAS - SUMMONS | (2/18/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2015-L-009200

SCOTT NEAL JR.
(Name all parties)
v.
MENARD, INC.

**Defendant Address:**
MENARD, INC.
R/A Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

**Summons**

To each Defendant: ☐ SUMMONS   ☑ ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 56589
Name: ODIM LAW OFFICES
Atty. for: SCOTT NEAL JR.
Address: 225W WASHINGTN#2200
City/State/Zip: CHICAGO, IL 60606
Telephone: (312) 775-1009

WITNESS, Wednesday, 23 December, 2015

/s DOROTHY BROWN
Clerk of Court

Date of service: 12/23/15
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)   (Facsimile Telephone Number)

/s DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| ☐ SUMMONS | ☑ ALIAS - SUMMONS |

(2/18/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2015-L-009200

SCOTT NEAL JR.

(Name all parties)

v.

MENARD, INC.

**Defendant Address:**
MENARD, INC.
R/A Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

**Summons**

To each Defendant: ☐ SUMMONS  ☑ ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 56589
Name: ODIM LAW OFFICES
Atty. for: SCOTT NEAL JR.
Address: 225W WASHINGTN #2200
City/State/Zip: CHICAGO, IL 60606
Telephone: (312) 775-1009

WITNESS, Wednesday, DOROTHY BROWN, 2015
CLERK OF THE CIRCUIT COURT

/s DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

/s DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Civil Action Cover Sheet - Case Initation　　　　　　　　　　　　　　　　　　　　　　(Rev. 4/09/13) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

NEAL SCOTT JR.

v.

No.

MENARD, INC.

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterized your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand　☑ Yes　☐ No

```
ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
CALENDAR: X
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN
```

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**

CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
   ( including Structural Work Act, Road Construction Injuries Act and Negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
   ( Please Specify Below**)
- ☑ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**COMMERCIAL LITIGATION**

CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
   (other than legal or medical)
- ☐ 071 Fraud
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
   ( Please Specify Below**)
- ☐ 075 Other Commercial Litigation
   ( Please Specify Below**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**

CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

**

**TAX & MISCELLANEOUS REMEDIES**

CASE TYPES:
- ☐ 007 Confession Of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

Service via email will be accepted at:

By: ____/s CARLTON EMMANUEL ARUA ODIM____
　　(Attorney)　　　　　　　　　(ProSe)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
CALENDAR: X
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NEAL SCOTT, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 15 L _____ |
| vs. ) | |
| ) | |
| MENARD, Inc., a Wisconsin Corporation, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW
*(Premises Liability)*

Plaintiff, NEAL SCOTT, Jr., by and through his attorneys, Odim Law Offices and Action Injury Law Group, LLC., complaining of Defendant, MENARD, INC., a Wisconsin corporation, states:

1. On or about April 14, 2015, and for some time prior and subsequent thereto, MENARD, INC. owned operated, maintained, managed and controlled a retail store (hereinafter the "Premises") located at 14975 Lincoln Avenue in the Village Dolton, Cook County, Illinois.

2. At all times material hereto, MENARD, INC. was a Wisconsin corporation registered with the State of Illinois, in good standing and doing business in Cook County.

3. At the aforesaid time and place, NEAL SCOTT, Jr. was legally upon the aforesaid Premises as a business invitee, MENARD, INC. having invited the general public, including plaintiff, to enter the Premises of the Menard store in Dolton, Illinois, to purchase various home care and home improvement items from defendant.

4. At the aforesaid time and place, plaintiff was on the Premises for the purpose of purchasing merchandise sold by defendant. After entering the store and choosing an item to purchase, plaintiff proceeded to the check-out aisle when a moveable pallet of merchandise in or

about the check-out aisle caused him to fall violently to the floor, causing plaintiff to sustain the serious injuries and damages described below.

5. At the aforesaid time and place, it then and there became and was the duty of MENARD, INC. to maintain the aforesaid Premises in a reasonably safe condition for use as intended so as not to present a danger to persons legally thereon, including NEAL SCOTT, Jr.

6. At the aforesaid time and place, MENARD, INC. was negligent in one or more of the following ways:

    a. Carelessly and negligently allowed a moveable pallet of merchandise to obstruct the way of shoppers walking in or about the check-out aisles;

    b. Carelessly and negligently failed to set up and keep in operation a proper inspection program to discover the aforesaid hazardous condition;

    c. Carelessly and negligently failed to remedy, repair or rectify the aforesaid hazardous condition after having notice thereof, or, in the exercise of reasonable care, should have been aware of;

    d. Carelessly and negligently failed to barricade or otherwise cut off to shoppers the aforesaid hazardous condition;

    e. Carelessly and negligently failed to give warning or notice of said hazardous condition.

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
PAGE 2 of 6

7. That MENARD, INC., by its agents or employees, knew, or upon reasonable inspection, should have known of the conditions and defects alleged in paragraphs 6 (a) through 6 (e) herein.

8. As a direct and proximate result of one or more of the foregoing acts and/or omissions of MENARD, INC. through its agents or employees, NEAL SCOTT, Jr. on or about April 14, 2015 was caused to and did slip and fall with great force and violence while in the aforesaid Premises and was greatly injured as hereinafter alleged.

9. As a proximate result of one or more of the foregoing acts and/or omissions of MENARD, INC., NEAL SCOTT, Jr. sustained injuries of a personal and pecuniary nature;

2

suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused and will continue to cause pain in body and mind; was caused to expend and in the future will be compelled to expend, large sums of money for medical care, treatment and services in endeavoring to be cured of said injuries; suffered and will continue to suffer in the future acute and prolonged physical and mental pain and suffering; suffered and will continue to suffer in the future permanent disfigurement and/or disability; experienced and will continue to experience in the future loss of a normal life; and has been and in the future will be prevented from attending to his usual affairs and duties.

**WHEREFORE**, Plaintiff, NEAL SCOTT, Jr., demands judgment against Defendant, MENARD, INC., a corporation, for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County, Illinois.

Dated: September 8, 2015

ODIM LAW OFFICES

By   Carlton Odim
One of the attorneys for Plaintiff

Carlton Odim
Odim Law Offices
225 West Washington Street, Suite 2200
Chicago, Illinois 60606
Tel: (312) 578-9390
carlton@odimlaw.com
Firm I.D. No. 56589

Andrew M. Stroth
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 771-2444
astroth@actioninjurylawgroup.com
Firm I.D. No. 59302

*ATTORNEYS FOR PLAINTIFF*

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
PAGE 3 of 6

3

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
PAGE 4 of 6

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NEAL SCOTT, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 15 L _____ |
| vs. ) | |
| ) | |
| MENARD, Inc., a Wisconsin Corporation, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## AFFIDAVIT

I, CARLTON ODIM, state under oath:

1. I am an attorney associated with ODIM LAW OFFICES and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

*Carlton Odim*

_____
ODIM LAW OFFICES
By: Carlton Odim
One of the attorneys for Plaintiff

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
PAGE 5 of 6

## §1-109 VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*[signature: Carlton Odim]*

Carlton Odim
Odim Law Offices
225 West Washington Street, Suite 2200
Chicago, Illinois 60606
Tel: (312) 578-9390
Fax: (312) 924-0201
carlton@odimlaw.com
Firm I.D. No. 56589

ELECTRONICALLY FILED
9/9/2015 8:30 AM
2015-L-009200
PAGE 6 of 6

2