IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL SCOTT, JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 16 CV 723 |
| | ) | |
| | ) | |
| MENARD, INC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ANSWER TO PLAINTIFF'S COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes the Defendant,

MENARD, INC., and for their Answer to the Plaintiff's Complaint, states as follows:

1. Admits.

2. Admits.

3. Admits.

4. Denies.

5. Admits those duties imposed upon them by operation of Illinois Law and denies any breach thereof.

6. Denies the allegations of paragraph 6, including subparagraphs (a) through (e).

7. Denies.

8. Denies.

9. Denies that any act or omission on the part of the defendant was a proximate cause of the plaintiff's claimed injuries and damages.

1

WHEREFORE, the defendant, MENARD, INC., respectfully requests that this court enter judgment in their favor and against the plaintiff, plus costs of suit.

## AFFIRMATIVE DEFENSE

NOW INTO COURT, through undersigned counsel, comes the Defendant, MENARD, INC., and for their Affirmative Defense to Plaintiff's Complaint, states as follows:

1.      At the time of the incident alleged in the Plaintiff's Complaint, he had a duty to exercise ordinary care for his safety and the safety of those around him.

2.      In breach of said duty, the plaintiff carelessly and negligently:

a.      failed to keep a proper lookout as he was walking down the aisle;

b.      carried a box in his arms such that it blocked his view ahead of him;

c.      stepped onto a pallet jack.

3.      That one or more of the foregoing was a proximate cause of the plaintiff's incident.

WHERFORE, the Defendant, MENARD, INC., respectfully requests that this court enter judgment in their favor and against the plaintiff or reduce any amount awarded in favor of the plaintiff based on his relative degree of fault.

FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C.

By:     /s/ Marilynn Frangella

Marilynn Frangella
Attorney for Defendant
FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C.
116 North Chicago Street, Suite 200A
Joliet, IL 60432
815/727-5445
Atty. No.: 6271920

2

## **PROOF OF SERVICE**

I, Marilynn Frangella, attorney, certify that I served this Answer and Affirmative Defense via e-mail to all attorneys of record on January 18, 2016, including carlton@odimlaw.com and astroth@actioninjurylawgroup.com.


/s/ Marilynn Frangella

[x]    I make this statement under penalties as
       Provided by law pursuant to Section 1-109
       Of the Illinois Code of Civil Procedure