# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Neal Scott, Jr.

Plaintiff(s),

v.

Menard, Inc.

Defendant(s).

Case No.  16cv723
Judge Sheila Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒     in favor of defendant(s) Menard, Inc. and against plaintiff(s) Neal Scott, Jr.

Defendant(s) shall recover costs from plaintiff(s)

☐     other:

This action was *(check one)*:

☒ tried by a jury with Judge Sheila Finnegan presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge on a motion.

Date:  5/9/2018             Thomas G. Bruton, Clerk of Court

Scott White, Deputy Clerk